1  Stuart B. Wolfe (SBN 156471)
   sbwolfe@wolfewyman.com
2  Megan E. Gruber (SBN 246122)
   megruber@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 415
4  Walnut Creek, California 94596-3579
   Telephone:  (925) 280-0004
5  Facsimile:   (925) 280-0005

6  Attorneys for Defendant
   DEUTSCHE BANK NATIONAL TRUST
7  COMPANY, as Trustee under Pooling and
   Servicing Agreement, Securitized Asset
8  Backed Receivables LLC Trust 2007-BX5
   Mortgage Pass-Through Certificates Series
9  2007-BR5; FIRST FRANKLIN FINANCIAL
   CORPORATION

10

                    UNITED STATES DISTRICT COURT

11

                  NORTHERN DISTRICT OF CALIFORNIA

12

                     SAN FRANCISCO DIVISION

13

14

   CHRISTINA ETUKUDO,                        Case No.: 3:09-cv-04907-EMC
15
              Plaintiff,                      **NOTICE OF WITHDRAWAL OF
16                                            REMOVAL OF ACTION UNDER 28 U.S.C.
     v.                                       § 1331** ; ORDER
17
   Deutsche Bank National Trust Company, as Trustee
18 under Pooling and Servicing Agreement,
   Securitized Asset Backed Receivables LLC Trust
19 2007-BX5 Mortgage Pass-Through Certificates
   Series 2007-BR5, unknown business entity
20 (hereinafter "Deutsche Bank"); Barclays Capital
   Real Estate dba "defendants" Servicing, a Delaware
21 Corporation; Quality Loan Service Coporatio, a
   California Corporation; Fidelity National Title CA
22 II, an unknown business entity (hereinafter
   "Fidelity");First Franklin Financial Corporation,
23 Wells Fargo Bank,

24            Defendants.

25

26 **TO THE CLERK OF THE ABOVE ENTITLED COURT:**

27        PLEASE TAKE NOTICE that Defendants DEUTSCHE BANK NATIONAL TRUST

28 COMPANY, as Trustee under Pooling and Servicing Agreement, Securitized Asset Backed

                                     1
**NOTICE OF WITHDRAWAL OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331**
H:\Matters\Home Loan Services, Inc. (1385) (WC)\186 (Etukudo)\Pleadings\Notice of Withdawal of Removal.doc

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

1   Receivables LLC Trust 2007-BX5 Mortgage Pass-Through Certificates Series 2007-BR5, and

2   FIRST FRANKLIN FINANCIAL CORPORATION (collectively, "FFFC Defendants) hereby

3   WITHDRAW their removal to this Court of the Contra Costa County Superior Court case entitled

4   Etukudo v. Deutsch Bank, et al., Case number MSC09-00510.

5

6   DATED:  October 19, 2009                    WOLFE & WYMAN LLP

7

8                                               By:  /s/ Megan E. Gruber
                                                    STUART B. WOLFE
9                                                   MEGAN E. GRUBER
                                                **Attorneys for Defendant**
10                                              **DEUTSCHE BANK NATIONAL TRUST**
                                                **COMPANY, as Trustee under Pooling and**
11                                              **Servicing Agreement, Securitized Asset Backed**
                                                **Receivables LLC Trust 2007-BX5 Mortgage Pass-**
12                                              **Through Certificates Series 2007-BR5; FIRST**
                                                **FRANKLIN FINANCIAL CORPORATION**
13

14

15   IT IS SO ORDERED:

16

17   _____

18   Edward M. Chen
     U.S. Magistr...

19

20

21

22

23

24

25

26

27

28



2

**NOTICE OF WITHDRAWAL OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331**

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW